UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES, <br><br> Plaintiffs, <br> v. <br><br> NATIONWIDE LEGAL FILE & SERVE, INC., et al., <br><br> Defendants. | Case No.: 12-CV-03578-LHK <br><br> ORDER TO FILE CASE MANAGEMENT STATEMENT |

On March 14, 2013, Plaintiffs filed a Case Management Statement, representing that Defendants have failed to cooperate in filing a Joint Case Management Statement pursuant to Civil Local Rule 16-10 of the United States District Court for the Northern District of California. Plaintiffs' Statement further notes that Defendants have declined to meet and confer in person pursuant to Magistrate Judge Lloyd's Standing Order Re: Discovery Disputes.

The Court hereby ORDERS counsel for the Defendants to file a separate Case Management Conference Statement by 5:00 p.m. on March 18, 2013.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
LUCY H. KOH
United States District Judge