*E-FILED: June 3, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG; ISMAIL ISA; and WARREN JEREMIAH SPIES,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., a California corporation; NATIONWIDE LEGAL LLC, a Delaware limited liability company; CAESAR ERIC RAILEY, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. C12-03578 HRL<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE REPORT #1** |

Plaintiffs Long, Isa, and Spies have filed a Discovery Dispute [Joint] Report #1 (DDJR#1) that seeks an order compelling defendants Nationwide Legal File & Serve, Inc. and Nationwide Legal (collectively "Nationwide") to complete their production of the information sought in Requests for Production (RFPs) 4, 8, 9, 17, and 20 directed to them. Plaintiffs say they received some documents, but are owed many more. Plus, they say, defendants turned over no electronically stored information ("ESI"), even though defendants have it and plaintiffs specifically requested it. Ignoring this court's standing order on discovery disputes, the defendants chose not to participate in the preparation of DDJR#1.

The court issues the following interim order:

1. By June 11, 2013 plaintiffs will lodge with the court a copy of their RFPs and any response(s) from the Nationwide defendants (but excluding any documents produced);

2. By June 11, 2013 the Nationwide defendants shall:

    a. File declarations by authorized corporate officer(s) attesting that full and complete compliance has been made with the RFPs, **or**

    b. File and lodge a chambers copy of a brief not to exceed 5 pages clearly and fully describing what has not been produced (both documents and ESI) and why not.  Also, confirm that ESI could be produced in searchable format.  (Defendants should address each argument made by plaintiffs in DDJR#1, with particular attention to why plaintiffs should not obtain complete, unredacted server logs for defendant Railey for the relevant time period.)

3. By June 14, 2013 Plaintiffs may file a response not to exceed 3 pages to defendants' June 11th submissions.

SO ORDERED.

Dated: June 3, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-03578-LHK Notice has been electronically mailed to:

Allen Hyman     lawoffah@aol.com

Fred W. Schwinn     fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

Raeon Rodrigo Roulston     raeon.roulston@sjconsumerlaw.com