*E-FILED:  June 21, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG; ISMAIL ISA; and WARREN JEREMIAH SPIES, | No. C12-03578 LHK (HRL) |
| Plaintiffs, | **ORDER RE DISCOVERY DISPUTE REPORT #1** |
| v. | |
| NATIONWIDE LEGAL FILE & SERVE, INC., a California corporation; NATIONWIDE LEGAL LLC, a Delaware limited liability company; CAESAR ERIC RAILEY, individually and in his official capacity; and DOES 1 through 10, inclusive, | **[Re: Docket No. 30]** |
| Defendants. | |

In accordance with this court's Interim Order of June 3, 2013, the defendants filed three declarations, with exhibits, as well as a brief, with exhibits.  In these submissions the defendants represent that they have now produced all documents, including electronically stored information, responsive to the Requests for Production that were the subject of Discovery Dispute Report #1.

The plaintiffs did not accept the court's invitation to file a response to defendants' submissions.  That tells the court that plaintiffs do not dispute defendants' representations.

United States District Court

For the Northern District of California

1    Accordingly, the court concludes that the matter is resolved, and DDJR#1 shall be terminated.

2        SO ORDERED.

3    Dated: June 21, 2013

4    _____

5    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1   5:12-cv-03578-LHK Notice has been electronically mailed to:

2   Allen Hyman      lawoffah@aol.com

3   Fred W. Schwinn      fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com,
    fschwinn@gmail.com

4
    Raeon Rodrigo Roulston      raeon.roulston@sjconsumerlaw.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28