*E-FILED: June 24, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG; ISMAIL ISA; and WARREN JEREMIAH SPIES,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., a California corporation; NATIONWIDE LEGAL LLC, a Delaware limited liability company; CAESAR ERIC RAILEY, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. C12-03578 LHK (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE REPORT #2**<br><br>[Re: Docket No. 38] |

On June 7, 2013, the parties filed Discovery Dispute Joint Report (DDJR) #2. This DDJR does not actually present any dispute for this court to resolve. Rather, plaintiffs say that the report was filed simply as a "precautionary measure" because defendants agreed to produce certain documents and information, but had not yet done so. And, because June 7 was the deadline for presenting any discovery disputes to the court, plaintiffs wished to preserve the right to seek judicial intervention should any problems arise.

In sum, DDJR memorializes the parties' agreement re discovery to be produced. Defendants say that many of the documents were sent to plaintiffs via Federal Express on June 6; others would be produced upon defense counsel's return to his office on June 14; and

1  information concerning certain declarations would be provided. This court has not been told
2  that the discovery has not been produced as agreed. There being no apparent live dispute for
3  this court to resolve, DDJR #2 is terminated.
4      SO ORDERED.
5  Dated: June 24, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-03578-LHK Notice has been electronically mailed to:

2  Allen Hyman    lawoffah@aol.com

3  Fred W. Schwinn    fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

4  Raeon Rodrigo Roulston    raeon.roulston@sjconsumerlaw.com