United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE LEGAL FILE & SERVE, INC., et al., <br><br> Defendants. | Case No.: 12-CV-03578-LHK <br><br> ORDER DENYING PARTIES' REQUEST TO VACATE TRIAL DATE AND GRANTING REQUEST TO SET A NEW PRE-TRIAL CONFERENCE DATE AND MANDATING THAT PARTIES ENGAGE IN SETTLEMENT NEGOTIATIONS |

On September 17, 2013, the parties filed a stipulation and proposed order to vacate the current trial date (October 21, 2013) and the current pre-trial conference date (October 3, 2013). ECF No. 78. On September 17, 2013, the Court issued an order on the parties' cross-motions for summary judgment and Defendants' motion for leave to file an amended answer. ECF No. 79. Thus, the Court denies the request to vacate the trial date but grants the request to continue the pre-trial conference date, and hereby orders that the pre-trial conference will be held on October 18, 2013 at 1:30 p.m.

In addition to complying with the Court's standing order, the parties are to file no more than three motions in limine per side, and no motion or opposition may exceed two pages.

1

Case No.: 12-CV-03578-LHK
ORDER DENYING PARTIES' REQUEST TO VACATE TRIAL DATE AND GRANTING REQUEST TO SET A NEW PRE-TRIAL CONFERENCE DATE AND MANDATING THAT PARTIES ENGAGE IN SETTLEMENT NEGOTIATIONS

Seven jurors will be selected, and each side may make three peremptory challenges. Each side will have five minutes for attorney voir dire.

The Court orders that the parties engage in settlement negotiations and file a joint status report regarding settlement by September 27, 2013 at 5 p.m.

**IT IS SO ORDERED.**

Dated: September 17, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge