UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES,<br><br>           Plaintiffs,<br>     v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., et al.,<br><br>           Defendants. | Case No.: 12-CV-03578-LHK<br><br>ORDER DIRECTING PARTIES TO FILE STATUS UPDATE |

On September 26, 2013, Plaintiffs filed a Notice of Acceptance of Defendant's (Nationwide Legal File & Serve) Rule 68 Offer of Judgment. ECF No. 81. Before entering judgment in this case, the Court orders Plaintiffs to file a status report regarding whether they intend to request an order granting default judgment against Defendant Caesar Eric Railey. The clerk entered default against Railey, but Plaintiffs have not requested a default judgment order. ECF No. 21. Second, the Court orders Defendants Nationwide Legal File & Serve and Nationwide Legal LLC to file a status report regarding the status of their counterclaims against Railey. The status reports must be filed by October 11, 2013.

**IT IS SO ORDERED.**

Dated: September 27, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge