<b>United States District Court</b><br/>For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES,<br><br>            Plaintiffs,<br>      v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., et al.,<br><br>            Defendants. | Case No.: 12-CV-03578-LHK<br><br>JUDGMENT IN A CIVIL CASE |

Pursuant to the Notice of Acceptance of Defendant Nationwide Legal File & Serve's Rule 68 Offer of Judgment filed by Plaintiffs on September 26, 2013, ECF No. 81, the Court hereby ORDERS judgment to be entered in favor of Plaintiffs and against Nationwide Legal File & Serve pursuant to the terms outlined in the Offer of Judgment. All other defendants have been terminated. *See* ECF Nos. 79, 86. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03578-LHK
JUDGMENT IN A CIVIL CASE