1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES, | Case No.: 12-CV-03578-LHK |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| v. | |
| NATIONWIDE LEGAL FILE & SERVE, INC., et al., | |
| Defendants. | |

On September 17, 2013, the Court granted summary judgment as to Defendant Nationwide

Legal, LLC.  ECF No. 79.  Accordingly, the Court hereby ENTERS judgment in favor of

Nationwide Legal, LLC.

**The Clerk shall close the case file.**

**IT IS SO ORDERED.**

Dated: October 21, 2013

LUCY H. KOH
United States District Judge

Case No.: 12-CV-03578-LHK
ORDER ENTERING JUDGMENT