UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES,<br><br>     Plaintiffs,<br> v.<br>NATIONWIDE LEGAL FILE & SERVE, INC., et al.,<br><br>     Defendants. | Case No.: 12-CV-03578-LHK<br><br>JUDGMENT IN A CIVIL CASE |

On September 17, 2013, the Court granted summary judgment as to Defendant Nationwide Legal, LLC. ECF No. 79. Accordingly, the Court hereby ENTERS judgment in favor of Nationwide Legal, LLC.

**The Clerk shall close the case file.**

**IT IS SO ORDERED.**

Dated: October 21, 2013

              *Lucy H. Koh*
              _____
              LUCY H. KOH
              United States District Judge