**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES,<br><br>              Plaintiffs,<br>    v.<br><br>NATIONWIDE LEGAL FILE & SERVE, INC., et al.,<br><br>              Defendants. | Case No.: 12-CV-03578-LHK<br><br>ORDER CONTINUING MOTION HEARING |

The Court hereby ORDERS that the motion hearing set for March 20, 2014 be continued to March 27, 2014 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: March 14, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03578-LHK
ORDER CONTINUING MOTION HEARING