UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRADY VERNON LONG, ISMAIL ISA, and WARREN JEREMIAH SPIES, <br><br> Plaintiffs, <br> v. <br><br> NATIONWIDE LEGAL FILE & SERVE, INC., et al., <br><br> Defendants. | Case No.: 12-CV-03578-LHK <br><br> ORDER CONTINUING MOTION HEARING |

The Court hereby ORDERS that the motion hearing set for March 27, 2014 be continued to July 24, 2014 at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: March 20, 2014

_____
LUCY H. KOH
United States District Judge